IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SILVERIO SOLIS MALDONADO, | § | |
| | § | |
| | § | |
| *Petitioner*, | § | |
| | § | No. 1:26-CV-2891-DAE |
| v. | § | |
| | § | |
| MULLIN, *et al.*, | § | |
| | § | |
| *Respondents*. | § | |

ORDER FOR SUPPLEMENTAL BRIEFING

Before the Court is Petitioner Silverio Solis Maldonado's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1) and Federal Respondents' Response (Dkt. # 4). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **within seven (7) days of receipt of this Order**, Petitioner shall file supplemental briefing with answers to the following questions:

1. Federal Respondents assert that Petitioner entered the United States without inspection and voluntarily returned to Mexico on May 24, 2008. (Dkt. # 4 at 10.) Petitioner asserts that he entered the United States without inspection in June 2008. (Dkt. # 1 at 6.) Please address Federal Respondents' contention that Petitioner entered and resided in the United States prior to June 2008, including by explaining the manner and date of Petitioner's original entry and the circumstances of the voluntary return.

Please also indicate whether the previous voluntary return has any impact on Petitioner's immigration proceedings and/or on this Court's adjudication of Petitioner's application for writ of habeas corpus.

2. Please confirm that Petitioner does not have a final order of removal from an Immigration Judge.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, October 22, 2026.

David Alan Ezra
Senior United States District Judge